IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Christopher R. Kreamer

Debtor

) CHAPTER 13
)
)
) CASE NO.: 23-10802-PMM

## STIPULATION RESOLVING OBJECTION OF BRIDGECREST ACCEPTANCE CORPORATION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

Bridgecrest Acceptance Corporation (the "Creditor"), who is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2012 Chevrolet Sonic Sedan 4D LTZ 1.4L I4 Turbo Manual, VIN: 1G1JF5SB8C4205487 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Objection to Confirmation of Debtor's Proposed Plan.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

**Debtor is to amend plan:** Within 30 days of entry of this Order, the Debtor must file a proposed modification of the debtor's plan to provide for payment of Creditor's claim in the amount of $4,000.00 at 6.5% interest for a total of $4,695.95 though the Chapter 13 plan.

**IT IS THEREFORE ORDERED** that Bridgecrest Acceptance Corporation will be paid $4,000.00 at 6.5% interest for a total of $4,695.95, through the Chapter 13 plan: and

**IT IS FURTHER ORDERED** that the Debtor will withdraw the Objection to Claim Number 7

by Claimant Bridgecrest Acceptance Corporation.

The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

CONSENTED TO BY:

DATED: June 27, 2023

_____
MICHAEL W. GALLAGHER
Attorney for the Debtor

CONSENTED TO BY:

DATED: 7/5/23

_____
REGINA COHEN
Attorney for Bridgecrest Acceptance Corporation

CONSENTED TO BY:

DATED: 7/5/23

/s/Jack Miller, Esquire for Kenneth E. Wes, Trustee
_____
KENNETH E. WEST (no obligation to terms, without prejudice to trustee's rights and remedies)
Chapter 13 Trustee

2