**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Christopher R. Kreamer | CASE NO.: 23-10802-PMM |
| Debtor | STIPULATION RESOLVING OBJECTION OF BRIDGECREST ACCEPTANCE CORPORATION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN |

**ORDER APPROVING STIPULATION RESOLVING OBJECTION OF BRIDGECREST ACCEPTANCE CORPORATION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Objection of Bridgecrest Acceptance Corporation to Confirmation of Debtor's Proposed Plan is approved.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer, Judge
United States Bankruptcy Court

**Date: July 6, 2023**