**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-10802** |
| **Christopher R. Kreamer** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **Wilmington Savings Fund Society, FSB,** : | **Date and Time of Hearing** |
| **as trustee of Stanwich Mortgage Loan** : | **Place of Hearing** |
| **Trust J** : | **February 28, 2024 at 01:00 p.m.** |
| **Movant,** : | |
| : | **U.S. Bankruptcy Court,** |
| **vs** : | **900 Market Street, Courtroom #1,** |
| : | **Philadelphia, PA, 19107** |
| **Christopher R. Kreamer** : | |
| **Julie A. Kreamer** : | |
| **Kenneth E. West** | |
| **Respondents.** | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY AS TO JULIE A. KREAMER ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 507 COLUMBIA AVENUE, LANSDALE, PA 19446

This matter came before the Court on the Motion for Relief from Stay and the Codebtor Stay (the "Motion") filed by Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust J ("Creditor") regarding the real property located at 507 Columbia Avenue, Lansdale, PA 19446.

Creditor has alleged that good cause for granting the Motion exists, and that Debtor and Codebtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 and the codebtor stay imposed by § 1301 of the Bankruptcy Code are

23-006993_EJS1

terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s).  Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered.  If the Property has not been sold, the deficiency claim is to be estimated.

Date: _____          _____
                                       Judge Patricia M. Mayer
                                       United States Bankruptcy Judge

**SUBMITTED BY**:

/s/Alyk L. Oflazian
Alyk L. Oflazian (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

CC:

   Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

23-006993_EJS1

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com (notified by ecf)

MICHAEL W. GALLAGHER, Attorney for Debtor, M.W. Gallagher Esquire, 600 West Germantown Pike, Suite 400, Plymouth Meeting, PA  19462, mwglaw@msn.com (notified by ecf)

Christopher R. Kreamer, Debtor, 507 Columbia Avenue, Lansdale, PA  19446 (notified by regular US Mail)

Julie A. Kreamer, Codebtor, 507 Columbia Avenue, Lansdale, PA  19446-3505 (notified by regular US Mail)

23-006993_EJS1